United States District Court
Southern District of Texas
**ENTERED**
March 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| M.D.B.H., | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00195 |
| ROBERT F. KENNEDY, *et al.,* | § | |
| "Respondents." | § | |

## ORDER

Before the Court is the parties' "Stipulated Motion to Dismiss" (Dkt. No. 5) ("Motion"). Because the Motion is signed only by the Petitioner and Respondents have not filed either an answer or a motion for summary judgment, the Court construes the Motion (Dkt. No. 5) as a voluntary dismissal brought under Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Motion (Dkt. No. 5) is **GRANTED** and Petitioner's claims against Respondents are hereby **DISMISSED without prejudice**. The Clerk of the Court is **INSTRUCTED** to close this case.

Signed on  March 5, 2026.

_____
Rolando Olvera
United States District Judge